UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION
JAMES F. BATTIN UNITED STATES COURTHOUSE
316 NORTH 26TH STREET, ROOM 5405
BILLINGS, MONTANA 59101

RECORD TRANSMITTAL FORM

DATE: April 15, 2002

C 02-861

TO: United States District Court for
The Western District of Washington
215 United States Courthouse
1010 5th Avenue
Tacoma, Washington 98402-3226

FILED
LODGED
RECEIVED  MAIL

APR 18 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

District Court No. CV-01-124-BLG-RWA

Name of Case: Lee McDonald, et al, vs Western Wireless Corporation, et al.

Documents Sent

1. Original Documents Numbered 1 through 48.
2. Certified Copy of Document Number 49.
3. Certified Copy of Docket Sheet.
4. Copy of this letter with return envelope.

Acknowledgment of Receipt

Please date and sign your name on the attached copy and return to our office in the enclosed envelope. Thank you.

APR 18 2002                    BRUCE RIFKIN Clerk, USDC
DATE                           NAME

By: Patricia McGee
Deputy Clerk

CV 02-861 #50