THE HONORABLE THOMAS S. ZILLY



CV 02-00861 #00000076

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 25 2002 MR

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE McDONALD, et al,

    Plaintiffs,

vs.

WESTERN WIRELESS CORPORATION, a Washington corporation, et al,

    Defendants

CIVIL ACTION No 02-0861 Z

**DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

NOTE ON MOTION CALENDAR Tuesday, Nov 5, 2002

TODD S. FAIRCHILD declares·

1. I am an attorney practicing with the law firm of Dorsey & Whitney, LLP, counsel for the Western Wireless defendants herein. I am more than 21 years of age, have personal knowledge of the matters set forth herein, and am competent to make this declaration

2. Attached hereto are true and correct copies of the following documents referenced in *Western Wireless Defendants' Motion for a Protective Order to Stay Discovery in the Parallel State Court Action*

| Exhibit | Description |
|---------|-------------|
| A | "Order" dated July 3, 2002 entered by the Hon Thomas S. Zilly in this case |
| B | "Third Amended Complaint and Demand for Jury Trial" filed by plaintiffs in |

DECLARATION OF TODD S FAIRCHILD IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER - Page 1
Case No. 02-0861 Z

ORIGINAL

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE (206) 903-8800
FAX (206) 903-8820

1       this case.

2   C    "First Amended Complaint for Money Damages" filed in Civil Action No

3       02-2-26228-7 SEA in the Superior Court of Washington for King County,

4       captioned *David Kunkle, et al v Western Wireless Corp , et al*

5   D    "Plaintiffs' First Requests for Production of Documents and Interrogatories

6       to the WWC Defendants" served by the plaintiffs in Civil Action No. 02-2-

7       26228-7 SEA in the Superior Court of Washington for King County,

8       captioned *David Kunkle, et al v Western Wireless Corp., et al*

9 I declare under penalty of perjury of the laws of the United States and of the State of

10 Washington that the foregoing is true and correct

11 Signed this 25th day of October at Seattle, Washington.

12

13 _____
    Todd S Fairchild, WSBA #17654

DECLARATION OF TODD S FAIRCHILD IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER - Page 2
Case No. 02-0861 Z

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE (206) 903-8800
FAX (206) 903-8820

# EXHIBITS NOT SCANNED