CC TO JUDGE KN

THE HONORABLE THOMAS S. ZILLY

FILED _____ ENTERED
LODGED _____ RECEIVED

NOV 04 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 31 2002   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE McDONALD, et al., | CIVIL ACTION NO. 02-0861 Z |
| Plaintiffs, | **STIPULATION AND ORDER STAYING CERTAIN FILINGS** |
| vs. | |
| WESTERN WIRELESS CORPORATION, a Washington corporation, et al., | |
| Defendants. | |

## STIPULATION

The Court has scheduled an in-chambers status conference in this matter for Friday, November 8, 2002 at 10:00 o'clock a.m. The Western Wireless Defendants have previously noted for consideration certain pending motions, and plaintiffs' responses to those motions would normally be due before the status conference. The undersigned parties stipulate that the pending motions will be re-noted, that plaintiffs are not required to respond to the motions prior to the status conference, and that the parties will agree to a reasonable time after the November 8 status conference for the filing of plaintiffs' responsive papers.

The undersigned parties further stipulate that they will not file any additional motions, briefs or actions in this matter pending the November 8 conference.

STIPULATION AND ORDER
STAYING CERTAIN FILINGS - Page 1
Case No. 02-0861 Z

ORIGINAL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  STIPULATION DATED this 30th day of October, 2002.

| DORSEY & WHITNEY LLP | YARMUTH WILSDON CALFO PLLC |
|---|---|
| *[signature]* <br> Evan L. Schwab, WSBA #2174 <br> Todd S. Fairchild, WSBA #17654 <br> U.S. Bank Centre <br> 1420 Fifth Avenue, Suite 3400 <br> Seattle, WA 98101 <br><br> Attorneys for the defendants Western Wireless Corp., Billings Cellular Corp., WWC Midland Corp., WWC Holding Co., Inc., WWC Texas License Corp., John Stanton, Theresa Gillespie, Donald Guthrie, Alan Bender, Mikal Thomsen, Jeffrey Christianson, Scott Hopper, David Miller, Bob Chaudhuri, and Warren Linney | *[signature]* <br> Richard C. Yarmuth, WSBA #4990 <br> 1201 Third Avenue, Suite 3080 <br> Seattle, WA 98101-3000 <br><br> and <br><br> JOHN OITZINGER <br> 314 N. Main Street <br> Helena, MT 59401 <br><br> Attorneys for Plaintiffs |

## ORDER

Based on the foregoing stipulation of the parties, it is SO ORDERED.

Dated this 4th day of _____NOV_____, 2002.

_____
Hon. Thomas S. Zilly
United State District Court Judge

STIPULATION AND ORDER
STAYING CERTAIN FILINGS - Page 2
Case No. 02-0861 Z

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820