The Honorable Thomas S. Zilly

FILED __ ENTERED
LODGED __ RECEIVED

NOV 12 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEE McDONALD, et al.,

Plaintiffs,

v.

WESTERN WIRELESS CORP., et al.,

Defendants.

No. C02-861Z

~~STIPULATION AND~~ ORDER OF DISMISSAL

~~IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel,~~ pursuant to Rule 41(a), Federal Rules of Civil Procedure, that the following claims alleged in the Third Amended Complaint be dismissed — with prejudice as to the federal law claims and without prejudice as to the state law claims:

1. Count One (Fraud In Connection With the Forced Sale of Plaintiffs' Stock in Violation of Section 10(b) and Rule 10b-5 — dismissed with prejudice;

2. Count Two (Violation of Section 20(a) of the Exchange Act) — dismissed with prejudice;

3. Count Three (Violation of Securities Act of Washington) — dismissed without prejudice;

STIPULATION AND ORDER OF DISMISSAL
No. C02-861Z - Page 1

YARMUTH WILSDON CALFO PLLC
3080 WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE WASHINGTON 98101-3000
T 206 516 3800  F 206 516 3888

```
 1    4.    Count Four (Breach of Partnership Agreements; Tortious Interference) —
 2  dismissed without prejudice;
 3    5.    Count Five (Breach of Fiduciary Duty and Duty of Good Faith and Fair
 4  Dealing) — dismissed without prejudice;
 5
 6    6.    Count Six (Common Law Fraud) — dismissed without prejudice;
 7    7.    Count Seven (Recission of Merger) — dismissed without prejudice;
 8    8.    Count Eight (Accounting; Wrongful Dissolution of Partnerships) —
 9  dismissed without prejudice; and
10    9.    Count Nine (Constructive Trust) — dismissed without prejudice.
11    Dated this ___ day of November, 2002.
```

| DORSEY & WHITNEY LLP | YARMUTH WILSDON CALFO PLLC |
|---|---|
| By: _____<br>Evan L. Schwab<br>Joseph C. Klein<br><br>Attorneys for WWC Defendants | By: _/s/ Richard C. Yarmuth_____<br>Richard C. Yarmuth<br>and<br><br>John Oitzinger, admitted *pro hac vice*<br>Attorney at Law<br>314 N. Main Street<br>Helena, MT 59601<br><br>Attorneys for Plaintiffs |

ORDER

**IT IS SO ORDERED.**

DATED: November 8th, 2002.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
No. C02-861Z - Page 2

YARMUTH WILSDON CALFO PLLC
3080 WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE WASHINGTON 98101-3000
T 206 516 3800  F 206 516 3888

ck071102 11/7/02