UNITED STATES D
WESTERN DISTRICT
AT SEA   CV 02-00861  #00000081

HON. THOMAS S. ZILLY, U.S. DISTRICT JUDGE

Deputy Clerk:  Casey Condon

Court Reporter:                          Date: November 8, 2002

## MINUTES

| | | |
|---|---|---|
| C02-861Z | Lee McDonald<br>vs.<br>Western Wireless | John Oitzinger<br>Richard Yarmuth<br>Evan Schwab<br>Dan Donnelly |
| C02-1331Z | Kenneth L. Ramsey<br>vs.<br><u>Western Wireless Corp., et al.</u> | |

**STATUS CONFERENCE**

The Court hears facts of case from counsel.

The Court signs the Order of Dismissal in each action.